IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GONZALES and JASON SAUNDERS,<br><br>           Plaintiffs,<br><br>  vs.<br><br>MATTHEW L. CATE, , et al.,<br><br>           Defendants. | 1:06-CV-1420 AWI WMW P<br><br>ORDER SEVERING PLAINTIFFS' CLAIMS, AND DIRECTING CLERK OF COURT TO OPEN A NEW ACTION FOR PLAINTIFF SAUNDERS<br><br>Document No. 1 |

I.    <u>Severance of Plaintiffs' Claims</u>

        Plaintiffs Frank Gonzales and Jason Saunders are state prisoners proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. After reviewing the record in this action, the court has determined that each plaintiff should proceed separately on his own claims. Rule 21 of the Federal Rules of Civil Procedure provides that "parties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just," and "any claim against a party may be severed and proceeded with separately." Courts have broad discretion regarding severance. See <u>Davis v. Mason County</u>, 927 F.2d 1473, 1479 (9th Cir. 1991).

        In the instant action, both plaintiffs are in the custody of the California Department of Corrections. In this court's experience, an action brought by multiple plaintiffs proceeding pro se in which one or more of the plaintiffs is incarcerated presents procedural problems that cause delay and

1  confusion. Delay often arises from the frequent transfer of inmates to other facilities or institutions, the
2  changes in address that occur when inmates are released on parole, and the difficulties faced by inmates
3  who attempt to communicate with each other and other unincarcerated individuals. In this case, the need
4  for the plaintiffs to agree on all filings made in this action and the need for all filings to contain the
5  original signatures of all five plaintiffs will lead to delay and confusion.

6        Accordingly, the court shall order plaintiffs' claims severed. Plaintiff Gonzales will proceed in
7  this action, while plaintiff Saunders will proceed in separate civil actions to be opened by the Clerk of
8  the Court. Each plaintiff shall proceed separately and shall be solely responsible for his own action.

9        The Clerk of the Court will be directed to assign a new action to the same district judge and
10 magistrate judge assigned to the instant action. The Clerk of the Court shall make appropriate
11 adjustment in the assignment of civil cases to compensate for this reassignment.

12       Since the claims of plaintiffs Gonzales and Saunders will be severed, each plaintiff shall be given
13 thirty days to file, in his own action, an amended complaint, using the forms provided by the court with
14 this order.

15 II.    <u>Plaintiffs' Applications to Proceed In Forma Pauperis</u>

16       Both plaintiffs, Gonzales and Saunders, have filed an application to proceed in forma pauperis
17 correctly filled out and signed by a prison official. In addition, each form was accompanied by a
18 certified copy of each plaintiffs' prison trust account statement for the six month period immediately
19 preceding the filing of the complaint.

20       Accordingly, based on the foregoing, it is HEREBY ORDERED that:

21     1.    Plaintiff Gonzales shall proceed as the sole plaintiff in case number 1:06-CV-1420-AWI-
22         WMW-P;

23     2.    The claim of plaintiff Jason Saunders is severed from the claim of plaintiff Gonzales;

24     3.    The Clerk of the Court is directed to:

25         a.    Open a separate civil actions for plaintiff Saunders;

26         b.    Assign the new action to the district judge and magistrate judge to whom the
27             instant case is assigned and make appropriate adjustment in the assignment of
28             civil cases to compensate for such assignment;

    c. File and docket a copy of this order in the new action opened for plaintiff Saunders;

    d. Place a copy of the complaint filed on October 13, 2006, in the instant action in the new action opened for plaintiff Saunders;

    e. Send plaintiff Saunders an endorsed copy of the complaint, filed October 13, 2006, bearing the case number assigned to his own individual action;

    f. Place a copy of plaintiff Saunders' application to proceed in forma pauperis, filed October 26, 2006 (document 5), in the new action opened for plaintiff Saunders;

    g.. Send plaintiff Saunders a civil rights complaint form.

  4. Within **thirty (30) days** from the date of service of this order, plaintiff Saunders shall file an amended complaint bearing his case number.

  5. <u>The failure to comply with this order will result in a recommendation that the action be dismissed</u>.

IT IS SO ORDERED.

**Dated: November 3, 2006**      /s/  **William M. Wunderlich**
j14hj0              UNITED STATES MAGISTRATE JUDGE