IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

      Plaintiff,                        CV F 06 1420 OWW WMW   P

  vs.                                 ORDER TO SHOW CAUSE

MATTHEW CATE, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se in a civil rights action challenging the conditions of his confinement.

      Plaintiff, an inmate in the custody of the California Department of Corrections at CSP Corcoran, brings this action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 12132 against defendant correctional officials employed by the California Department of Corrections. Plaintiff's complaint consists of a legal assertion that his civil rights have been violated. Plaintiff sets forth no factual allegations in the complaint. Plaintiff asserts that he has "suffered injuries traceable to the actions of the defendants." There are no specific factual allegations.

      The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon

1  which relief may be granted, unless the prisoner is under imminent danger of serious injury." 28
2  U.S.C. § 1915(g).

3        This plaintiff has, on 3 prior occasions, brought civil actions challenging the
4  conditions of his confinement.  All three action were dismissed as frivolous, or for failure to state
5  a claim upon which relief can be granted.  <u>Saunders v. Block</u>, 96-CV-8159 (WMB) (Central
6  District of California); <u>Saunders v. Wineski</u>, CV S 94 1321 DFL JFM P; <u>Saunders v Gomez</u> CV
7  S 94 1469 EJG GGH P.   Plaintiff is therefore not entitled to proceed in forma pauperis unless
8  he alleges facts indicating that he is in imminent danger of serious physical injury.   There are no
9  such facts alleged in this case.

10       Accordingly, IT IS HEREBY ORDERED that plaintiff is directed to show cause,
11 within thirty days of the date of service of this order, why his request to proceed in forma
12 pauperis should not be denied.   Failure to file a response will result in a recommendation that
13 Plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g).

14
15
16

17 IT IS SO ORDERED.

18 **Dated:   January 30, 2007**        **/s/  William M. Wunderlich**
   mmkd34                          UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26

      2