IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK GONZALES,

      Plaintiff,                             CV F 06 1420 OWW WMW   P

  vs.                                       ORDER

MATTHEW CATE, et al.,

      Defendants.

On January 30, 2007, an order to show cause was issued, directing Jason Saunders to show cause why he should not be denied leave to proceed in forma pauperis.  Jason Saunders has been severed from this action, and is proceeding in a separate civil rights action.  The order to show cause was entered in error.

Accordingly, IT IS HEREBY ORDERED that the January 30, 2007, order to show cause is vacated.

IT IS SO ORDERED.

**Dated:**   February 16, 2007          /s/  William M. Wunderlich
mmkd34                                         UNITED STATES MAGISTRATE JUDGE