IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK GONZALES,

        Plaintiff,        CV F 06 1420 AWI WMW PC

    vs.                    ORDER RE MOTION (DOC 19)

MATTHEW CATE, et al.,

        Defendants.

     Plaintiff has filed a motion for sua sponte review of the amended complaint. This action proceeds on the December 4, 2006, first amended complaint. The first amended complaint will be screened in due course. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is denied.

IT IS SO ORDERED.

**Dated:   March 27, 2008**              /s/  William M. Wunderlich
                                                 UNITED STATES MAGISTRATE JUDGE