IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK GONZALES,

        Plaintiff,        CV F 06 1420 AWI WMW PC

   vs.                  ORDER

MATTHEW CATE, et al.,

        Defendants.

     On June 9, 2008, a recommendation of dismissal was entered, recommending dismissal for Plaintiff's failure to file an amended complaint. On the same date, Plaintiff filed a motion for extension of time in which to file an amended complaint.

     Accordingly, IT IS HEREBY ORDERED that:

     1. The June 9, 2008, findings and recommendations are vacated.

     2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   July 3, 2008**          /s/ William M. Wunderlich
                                            UNITED STATES MAGISTRATE JUDGE