IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK GONZALES,

         Plaintiff,           1: 06 CV 1420 AWI WMW PC

   vs.                   ORDER

MATTHEW CATE, et al.,

         Defendants.

On June 9, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint.  On July 29, 2008, Plaintiff filed a second amended complaint, on which this action proceeds.  Accordingly, IT IS HEREBY ORDERED that the June 9, 2008, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:**   **August 7, 2008**                **/s/  William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE