# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FRANK GONZALES,

Plaintiff,

v.

MATTHEW L. CATE, et al.,

Defendants.

_________________________________/

CASE NO. 1:06-cv-1420-MJS (PC)

ORDER TO FILE AMENDED COMPLAINT BY **MARCH 22, 2011** OR CASE WILL PROCEED ON THIRD AMENDED COMPLAINT

Plaintiff Frank Gonzales ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 23, 2010, the Court screened Plaintiff's Third Amended Complaint and found certain claims cognizable. The Court recommended that the non-cognizable claims be dismissed for failure to state a claim. (ECF No. 49.) On December 8, 2010, Plaintiff filed objections to the Court's recommendation and asked the Court for one additional opportunity to file an amended complaint. (ECF No. 52.) The Court granted Plaintiff's request and ordered Plaintiff to file a fourth amended complaint by February 15, 2011. To date, Plaintiff has failed to file an amended complaint.

The Court cannot allow this case to languish on its docket. Plaintiff is hereby ORDERED to file an amended complaint by **March 22, 2011**. If Plaintiff fails to meet this deadline, the Court will resubmit its September 23, 2010 recommendations. The case will proceed only on the claims found cognizable in the Court's September 23, 2010 Screening

////

Order and the remainder will be dismissed.

IT IS SO ORDERED.

Dated: March 2, 2011

/s/ Michael J. Seng
UNITED STATES MAGISTRATE JUDGE